IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| APRIL COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 3:25-cv-00379 |
| | ) | JUDGE RICHARDSON |
| CDHA MANAGEMENT, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court has entered an order (Doc. No. 18, "Order") consolidating this case with case number 3:25-cv-00371. As stated in the Order, all future filing pertaining to either case shall be filed under case number 3:25-cv-00371 (*Id.* at 3).

Accordingly, the Clerk's Office is directed to close this case (3:23-cv-00379).

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE